UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO, CALIFORNIA

FILED
08 MAR 31 PM 5:02
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COY PHELPS
Petitioner

-v-

UNITED STATES OF AMERICA
Respondents

Case NO: cv-08-0103-MHP

MOTION TO CORRECT ERROR

Date: 3/25/2008

On 3/11 /2008, the above petitioner made a MOTION TO TAKE JUDICIAL NOTICE of the published case ECKER v US, DMass 2006, 424 FS2d 267 The mistake was inadvertent. The correct citation should be:

ECKER v US, DMass 2007, 489 FS2d 130

Please make the necessary corrections.

DATE: 3/25/2008

______________ In Pro Se
COY PHELPS 78872-011
FMC-DEVENS
P.O. BOX 879
AYER, MASSACHUSETTS
01432

COY PHELPS 78872-011
FMC-DEVENS
P.O. BOX 879
AYER MASSACHUSETTS
01432

CENTRAL MA 015
26 MAR 2008 PM 5 T

Purple Heart USA 41

Special Mail

Clerk - U.S. District Court
450 Golden Gate Ave
San Francisco, CA
94102

94102+3661

MAR 2 5 2008

... has
... return the
... clarification.
...spondence for
...addr..., please