UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COY PHELPS,

        Plaintiff,

  v.

UNITED STATES OF AMERICA; et al.,

        Defendants.

No. C 08-103 MHP (pr)

**JUDGMENT**

This action is dismissed without prejudice to petitioner filing a petition for writ of habeas corpus in this court if he ever obtains the necessary order from the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED AND ADJUDGED.

Dated: June 17, 2008

_____
Marilyn Hall Patel
United States District Judge